# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHELLE MCLAURIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:22-CV-03601-SCJ-JCF |
| GEORGIA DEPARTMENT OF | ) |
| NATURAL RESOURCES and/or | ) |
| Walter Rabon[1], in his | ) |
| official capacity, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Michelle McLaurin and Defendants Georgia Department of Natural Resources and Walter Rabon, in his official capacity, hereby notify the court that the parties have reached a settlement in this action. The parties intend to file a stipulation of dismissal once the settlement terms are complete.

Respectfully submitted this 4th day of November, 2024.

*/s/ Courtney C. Poole*
COURTNEY C. POOLE
Georgia Bar No. 560587
Senior Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S.W.

---

[1] On August 22, 2023, Walter Rabon became the Commissioner of DNR and was automatically substituted for Mark Williams as a party in this action in his official capacity. O.C.G.A. § 9-11-25(d)(1).

1

Atlanta, Georgia 30334-1300
(404) 458-3353
cpoole@law.ga.gov
*Attorney for Defendants*


*/s/ Brian J. Sutherland*
Brian J. Sutherland
Georgia Bar No. 105408
brian@beal.law
Rachel Berlin Benjamin
Georgia Bar No. 707419
rachel@beal.law
BEAL, SUTHERLAND, BERLIN & BROWN, LLC
2200 Century Parkway NE, Suite 100
Atlanta, Georgia 30345
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, I electronically filed the foregoing **Notice of Settlement** with the Clerk of Court using the CM/ECF system which will automatically send email notification of the same to the following attorneys of record:

>Brian J. Sutherland
>brian@beal.law
>
>Rachel Berlin Benjamin
>rachel@beal.law

>*/s/ Courtney C. Poole*
>COURTNEY C. POOLE
>Georgia Bar No. 560587
>Senior Assistant Attorney General
>Georgia Department of Law
>40 Capitol Square, S.W.
>Atlanta, Georgia 30334-1300
>(404) 458-3353
>cpoole@law.ga.gov
>*Attorney for Defendants*